# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RANDY CATHELL | : | |
| | : | |
| Plaintiff, | : | CASE NO. 1:19-cv-01881-MN |
| | : | |
| v. | : | TRIAL BY JURY DEMANDED |
| | : | |
| DOVER DOWNS HOTEL & CASINO | : | |
| | : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL

Plaintiff Randy Cathell and Defendant Dover Downs Hotel & Casino hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

**[Remainder of page left intentionally blank]**

Respectfully submitted,

| **THE POLIQUIN FIRM, LLC** | **MORRIS JAMES LLP** |
|---|---|
| /s/ *Marc J. Wienkowitz* | */s/ James H. McMackin, III* |
| Ronald G. Poliquin, Esquire | James H. McMackin, III, Esq. |
| Bar ID: 4447 | Bar ID: 4284 |
| 1475 S. Governors Ave. | 500 Delaware Ave., Suite 1500 |
| Dover, DE 19904 | PO Box 2306 |
| 302-702-5501 | Wilmington, DE 19899 |
| ron@ poliquinfirm.com | 302-888-6800 |
| *Attorney for Plaintiff* | jmcmackin@morrisjames.com |
| | *Attorney for Defendant* |

SO ORDERED ON _____, 2021.

_____
             JUDGE

Dated: July 20, 2021